UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANFRED SHOCKNER,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. SOLTANIAN, et al.,<br><br>    Defendants. | Case No. 18-cv-03888-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. 1. Plaintiff has paid the full filing fee. *See id.* He has also consented to magistrate judge jurisdiction in this action. Dkt. 2.

The acts complained of occurred at Mule Creek State Prison, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1] The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated: July 12, 2018

                                                  DONNA M. RYU
                                                United States Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANFRED SHOCKNER,

    Plaintiff,

v.

SOLTANIAN, et al.,

    Defendants.

Case No. 4:18-cv-03888-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 12, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manfred Shockner
M.C.S.P.
P.O. Box 409090
Ione, CA 95640

Dated: July 12, 2018

    Susan Y. Soong
    Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU